

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER**

Cause No. 01-12-01082-CV; *In re H.L.B., T.K.B., and C.L.B.*
On Appeal from the 313th District Court of Harris County, Texas
Trial Court Cause No. 2010-01752J

On March 15, 2013, Julie A. Ketterman, counsel for appellant, filed in this Court a "Third Motion to Extend the Deadline for Filing Appellant's Brief." In support of her request, counsel references other professional obligations such as an appellate brief due in February, "several multi-day hearings in other family law cases," and preparation for a jury trial. Ketterman further states that she "has nearly completed researching and preparing her brief."

Appellant's motion for a third extension of time for an additional thirty days to file appellant's brief is denied. Appellant is ordered to file her brief by 5:00 p.m. on March 27, 2013. If appellant's brief is not filed, we will abate the appeal for the appointment of new appellate counsel.

Judge's signature: /s/ Terry Jennings
           ☑ Acting individually    ☐ Acting for the Court

Panel consists of:

Date: <u>March 19, 2013</u>

1